June 29, 2007

Mr. Percy L. Isgitt
Isgitt & Associates, P.C.
800 Sawyer Street
Houston, TX 77007
Mr. John Porter Mabry
Dunnam & Dunnam
P. O. Box 8418
4125 West Waco Drive
Waco, TX 76714-8418

RE: Case Number: 06-0913
 Court of Appeals Number: 10-05-00089-CV
 Trial Court Number: 26,300-A

Style: PATRICIA WILZ, GUARDIAN OF JON PATRICK FLOURNOY, AN
 INCAPACITATED PERSON
 v.
 KENNETH W. AND JUNE FLOURNOY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and renders judgment.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Peggy Murray |
| |Hill |